**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCO ALANIZ GARCIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MORENO VALLEY POLICE<br>DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No. EDCV 17-1217 SVW (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS HEREBY ORDERED** that Judgment is entered:

- in favor of the County of Riverside, erroneously sued as the Moreno Valley Police Department, and against Plaintiff on Count I of the Complaint, and

- in favor of Plaintiff and against Defendants Beatty and Lenton on Counts II and III of the Complaint,

and that Plaintiff be awarded one dollar ($1.00) in nominal damages, to be paid jointly and severally by Defendants Beatty and Lenton within fourteen days of the date of entry of this Judgment.

DATED: January 31, 2019

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE